# UNITED STATES BANKRUPTCY COURT
# Eastern District of California

## NOTICE OF AVAILABILITY OF BANKRUPTCY DISPUTE RESOLUTION PROGRAM

| | |
|---|---|
| In re<br><br>Hronis, Inc.<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>26−10978 − F − B |
| DLP Funding LLC<br><br>Plaintiff(s),<br><br>v.<br><br>Hronis, Inc.<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>26−01017 − F − B |

NOTICE IS HEREBY GIVEN that, unless otherwise ordered by the judge handling the particular matter, all adversary proceedings, contested matters, and other disputes in a bankruptcy case are eligible for referral to the Bankruptcy Dispute Resolution Program (BDRP) established by General Order 95−1 except matters involving:

1. Employment and compensation of professionals;
2. Compensation of trustees and examiners;
3. Objections to discharge under 11 U.S.C. §727, except where such objections are joined with disputes over dischargeability of debts under 11 U.S.C. §523; and
4. Contempt or other types of sanctions.

Parties have the primary responsibility for initiating employment of BDRP. Parties may elect to use the BDRP by submitting an order to the Court in the form of EDC 6−610. In the proposed order, the parties themselves select a Resolution Advocate to mediate the matter in dispute.

Copies of General Order 95−1, BDRP forms, and a list of the names of available Resolution Advocates are available from the Clerk's Office. Questions concerning BDRP procedures should be directed to the staff assistant to the BDRP Administrator, Vicky McKinney at 559−499−5825.

Dated: 4/22/26

FOR THE COURT
Scott Yach , Clerk

I certify that a copy of this notice was returned to the Plaintiff at the time the original summons was issued.

Dated: 4/22/26

By: emas , Deputy Clerk