# EXHIBIT 4

EXHIBIT 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

DLP Funding, LLC,

Plaintiff,

-against-

HRONIS, INC., HRONIS FRUIT COMPANY, HRONIS RANCH, LLC, HRONIS CITRUS, LLC, CALIFORNIA GRAPE GROWERS COOPERATIVE, INTERNATIONAL FRUIT COMPANY, INC., CENTRAL CALIFORNIA ORANGE GROWERS COOPERATIVE, SHAMROCK TRANSPORT, LLC, THE PETER HRONIS COMPANY LLC, PETER JOHN HRONIS, and KOSTA JAMES HRONIS,

Defendants.

Index No: 542910/2025

**JUDGMENT**

Whereas, after the commencement of this action the parties have entered into a settlement agreement, and Defendants having failed to comply with said settlement agreement and authorized entry of judgment on a specific sum.

Now, on motion of The Law Office of Jacob Z. Weinstein, PLLC attorney for the Plaintiffs, it is ADJUDGED that Plaintiff, DLP Funding, LLC located at 188 Grand Street, Unit 188, New York, NY 10013 have judgment and recover from HRONIS, INC., HRONIS FRUIT COMPANY, HRONIS RANCH, LLC, HRONIS CITRUS, LLC, CALIFORNIA GRAPE GROWERS COOPERATIVE, INTERNATIONAL FRUIT COMPANY, INC., CENTRAL CALIFORNIA ORANGE GROWERS COOPERATIVE, SHAMROCK TRANSPORT, LLC, THE PETER HRONIS COMPANY LLC, PETER JOHN HRONIS, and KOSTA JAMES HRONIS, all located at 10443 Hronis Road Delano CA 93215, the amount of $4,935,950.96, together with 16% per annum from November 20, 2025 in the amount of $ **$98,719.20**, plus $490 in costs and disbursements as taxed by the Clerk, amounting in all to the sum of $ **$5,035,160.16** and the Plaintiff have execution therefore.

Nancy T. Sunshine

Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

DLP Funding, LLC

Plaintiff,

-against-

HRONIS, INC., HRONIS FRUIT COMPANY, HRONIS RANCH, LLC, HRONIS CITRUS, LLC, CALIFORNIA GRAPE GROWERS COOPERATIVE, INTERNATIONAL FRUIT COMPANY, INC., CENTRAL CALIFORNIA ORANGE GROWERS COOPERATIVE, SHAMROCK TRANSPORT, LLC, THE PETER HRONIS COMPANY LLC, PETER JOHN HRONIS, and KOSTA JAMES HRONIS
Defendant.

Index No: 542910/2025

**BILL OF COSTS**

DISBURSEMENT

Fee for Index Number……………………..$210
CPLR§8018(a)
Costs by Statute…………………………..$200

Motion Fee………………………………..$45

Service of Process ………………………..$0

Stipulation of Settlement…………………..$35

**TOTAL**…………………………………..$490

STATE OF NEW YORK, COUNTY OF NEW YORK: ATTORNEY'S AFFIRMATION

The undersigned, an attorney at law of the State of New York, affirms that he is one of the attorney for the plaintiff herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: Cedarhurst, NY
December 22, 2025

_________/s/_____________
Jacob Z. Weinstein, Esq.