# EXHIBIT 2

EXHIBIT 2

U250213981733

B4199-6744 11/26/2025 1:56 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U250213981733

Date Filed: 11/25/2025

Submitter Information:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| HRONIS FRUIT COMPANY | 10443 HRONIS ROAD<br>DELANO, CA 932159556 |
| HRONIS RANCH, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS CITRUS, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| CALIFORNIA GRAPE GROWERS COOPERATIVE | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| INTERNATIONAL FRUIT COMPANY, INC. | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| CENTRAL CALIFORNIA ORANGE GROWERS COOPERATIVE | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| SHAMROCK TRANSPORT, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS, INC., A CALIFORNIA CORPORATION | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| THE PETER HRONIS COMPANY LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| KOSTA JAMES HRONIS | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| PETER JOHN HRONIS | 10443 HRONIS ROAD<br>DELANO, CA 93215 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700, ATTN SPRS<br>GLENDALE, CA 91203 |

Indicate how documentation of Collateral is provided:

Entered as Text

Description:

Secured Party has purchased certain Future Receipts from Debtor. Future Receipts includes all payments received by Seller, or its right to receive such payments, in the ordinary course of Sellers business, including but not limited to accounts and payment intangibles. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from obtaining any financing that impairs the value of the Future Receipts or Secured Partys right to collect same. In the event

B4199-6745 11/26/2025 1:56 PM Received by California Secretary of State

| |
|---|
| that any entity is granted a security interest in the Future Receipts contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity. |
| Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:<br>Not Applicable |
| Select an alternate Financing Statement type: |
| Select an additional alternate Financing Statement type: |
| Select an alternative Debtor/Secured Party designation for this Financing Statement: |
| Optional Filer Reference Information:<br>106714785 |