# UNITED STATES BANKRUPTCY COURT
## Eastern District of California, Fresno Division

# REISSUED SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

| | |
|---|---|
| In re<br><br>Hronis, Inc.<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>26−10978 − F − B |
| DLP Funding LLC<br><br>Plaintiff(s),<br><br>v.<br>Hronis, Inc.<br>et al.<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>26−01017 − F − B<br><br>**DCN:** CAE−1* |

**YOU ARE SUMMONED** and required to file a written motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court, 2500 Tulare Street, Suite 2501, Fresno, California 93721−1318, within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days.

Plaintiff and a defendant may stipulate to only one extension of time for that defendant to file an answer or motion in response to the complaint, and such stipulation shall: (1) be in writing; (2) be filed with the Court; (3) be for a period not greater than 30 days from the original time above to respond to the complaint. All further extensions must be by order of the Court.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or if the plaintiff is not represented by an attorney, upon the plaintiff) whose name and address is:

| | |
|---|---|
| Name and Address of Plaintiff's Attorney: | Joseph Boufadel<br>Salvato Boufadel LLP<br>355 South Grand Avenue<br>Suite 2450<br>Los Angeles, CA 90071−9500 |

If you file a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**YOU ARE NOTIFIED** that a status conference in this adversary proceeding will be held as follows:

| | |
|---|---|
| Date and Time: | 6/17/26 at 11:00 AM |
| Address: | **United States Bankruptcy Court<br>Courtroom 13, 5th Floor<br>2500 Tulare Street<br>Fresno, CA** |
| Hearing Judge: | Hon. Rene Lastreto II |

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Call at 1−866−582−6878 at least 24 hours prior to the status conference.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**The summons and complaint must be served 7 days after the summons is issued. Service is complete upon mailing, not upon delivery by the Postal Service. If more than 7 days pass before service is completed, plaintiff(s) must request that the court issue a new summons for service. See Fed. R. Bankr. P. 7004(e) and 9006 (e).**

Date of Issuance: 4/22/26

UNITED STATES BANKRUPTCY COURT · EASTERN DISTRICT OF CALIFORNIA

s/ Scott Yach, Clerk

* **(Docket Control number CAE−1 must be used on all status conference reports, and for original and continued hearings in this case.)**