2

Zev Shechtman (Bar No. 266280)
*zev.shechtman@saul.com*
Mark Minuti (Admitted pro hac vice)
*mark.minuti@saul.com*
Turner N. Falk (Admitted pro hac vice)
*turner.falk@saul.com*
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Hronis, Inc. and affiliated Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re<br><br>HRONIS, INC., a California corporation, et al.,<br><br>Debtors in Possession | Case No. 1:26-bk-10978<br><br>Chapter 11<br><br>CAE - 1-<br><br>(Jointly Administered with Case Nos. 1:26-bk-10979, 1:26-bk-10980, 1:26-bk-10981, 1:26-bk-10982, 1:26-bk-10983, 1:26-bk-10984, 1:26-bk-10986, 1:26-bk-10987, and 1:26-bk-10988) |
| DLP FUNDING LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HRONIS, INC., a California corporation; HRONIS FRUIT COMPANY LLC, a California limited liability company; HRONIS RANCH, LLC, a California limited liability company; HRONIS CITRUS, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Adv. Pro. No. 1:26-ap-01017<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

Plaintiff DLP Funding LLC, a New York limited liability company ("**DLP**") and defendants Hronis, Inc., a California corporation ("**Hronis**"), Hronis Fruit Company LLC, a California limited liability company ("**Hronis Fruit**"), Hronis Ranch, LLC, a California limited liability company ("**Hronis Ranch**") and Hronis Citrus, LLC, a California limited liability ("**Hronis Citrus**," together with Hronis, Hronis Fruit and Hronis Ranch, the "**Debtor Defendants**"), by and through their undersigned counsel, pursuant to Rule 7012-1 of the Local Rules of Practice of the United States Bankruptcy Court for the Eastern District of California, hereby stipulate that the time for the Debtor Defendants to respond to the *Complaint to Determine Interest in Property of Pre-Petition Accounts and Related Relief* [D.I. 1] is hereby extended through and including June 5, 2026.

Dated: May 18, 2026

KAMINSKI LAW, PLLC

By: ______________________________
Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for DLP Funding LLC

SALVATO BOUFADEL LLP

By: ______________________________
Joseph Boufadel

Local Counsel for DLP Funding LLC

SAUL EWING LLP

By: ______________________________
Zev Shechtman

Attorneys for Debtor Defendants

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100