SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Plaintiff
DLP FUNDING LLC

[Captioned Continued on Next page]

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br><br>Debtors-in-Possession. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 1:26-ap-01017 |
| DLP FUNDING LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>HRONIS, INC., a California corporation;<br>HRONIS FRUIT COMPANY LLC, a California limited liability company;<br>HRONIS RANCH, LLC, a California limited liability company;<br>HRONIS CITRUS, LLC, a California limited liability company; and<br>DOES 1 through 20, inclusive,<br><br>Defendants. | DCN: CAE-1<br><br>**JOINT STATUS REPORT RE DISCOVERY PLAN**<br><br><u>Status Conference</u>:<br>Date: June 17, 2026<br>Time: 11:00 a.m. PST<br>Place: Courtroom 13 (5th Floor)<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>Judge: Hon. René Lastreto II |

Continuation of Caption:

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Plaintiff
DLP FUNDING LLC

## JOINT STATUS REPORT RE DISCOVERY PLAN

Plaintiff DLP Funding LLC ("**Plaintiff**" or "**DLP**") and Defendants Hronis, Inc., Hronis Fruit Company LLC, Hronis Ranch, LLC, and Hronis Citrus, LLC (collectively, the "**Defendants**"), through counsel, submit the within status report regarding the Joint Status Report re Discovery Plan, as follows:

**A. Procedural Background.**

1. On April 21, 2026, DLP commenced the above-captioned adversary proceeding against the Defendants.

2. On April 23, 2026, DLP's counsel served copies of the following documents on the Defendants and their counsel: (1) the Complaint; (2) Reissued Summons and Notice of Status Conference in an Adversary Proceeding; (3) Adversary Proceeding Cover Sheet; (4) Notice of Availability of Bankruptcy Dispute Resolution Program; and (5) Order to Confer on Initial Disclosures and Setting Deadlines. (Adv. Dkt. No. 13).

3. On May 19, 2026, the Parties stipulated to extending the deadline for Defendants to file a response to the Complaint to June 5, 2026. (Adv. Dkt. Nos. 14 & 15).

4. Along with a response to the Complaint due by June 5, 2026, the Defendants have indicated they anticipate filing counterclaims against DLP.

**B. Discovery Conference**.

5. On May 26, 2026, counsel for DLP and Defendants met and conferred regarding a discovery plan for this action pursuant to the Court's Scheduling Order and Federal Rule 26(f). Based on the discussions, DLP anticipates that the matter will be resolved either by settlement or conclusion of trial based on the legal issues and analysis required to determine if the transaction constituted a true sale. Defendants anticipate that the legal issues are subject to a summary judgment or a summary adjudication motion. However, the Parties anticipate written discovery and depositions may be required.

6. The Parties considered the nature and basis of their claims and defenses and the possibility of a settlement. Settlement discussions are ongoing and an early settlement

of this action is unlikely at this time.

**C. Initial Disclosures.**

7. The Parties agree to make their Initial Discovery Disclosures on or before June 11, 2026.

**D. Suggested Deadlines.**

8. At this time, the Parties anticipate that discovery will move expeditiously. Notwithstanding, the Parties are not opposed to extending the discovery deadlines if mutually agreed in this action or otherwise by further Order of this Court.

9. The Parties agree that service of written discovery and responses in this action will be completed electronically and will not be afforded any additional time for electronic service.

10. The Parties agree that the last day for discovery to be completed, including receipt of discovery responses and production but excluding any motions to compel, shall be October 30, 2026.

11. The Parties do not anticipate designating experts in this action at this time, while reserving their rights to designate experts by October 30, 2026.

12. The Parties agree that no other changes should be made in the timing, form, or requirement for disclosures under Federal Rule 26(a). This action is not considered complex.

13. The Parties request that the status conference set for June 17, 2026, be continued to a date after the proposed discovery cutoff deadline to discuss further deadlines and to schedule a trial setting conference / pretrial conference.

//

//

//

//

//

//

Date: June 3, 2026

KAMINSKI LAW, PLLC

By: ______________________
Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Plaintiff
DLP FUNDING LLC

-and-

SALVATO BOUFADEL LLP

By: /s/ Joseph Boufadel
Joseph Boufadel

Local Counsel for Plaintiff
DLP FUNDING LLC

Date: June 3, 2026

SAUL EWING LLP

By: /s/ Zev Shechtman
Zev Shechtman
Mark Minuti
Turner N. Falk

Attorneys for Defendants
HRONIS, INC., HRONIS FRUIT COMPANY LLC, HRONIS RANCH, LLC, & HRONIS CITRUS, LLC, Debtors in Possession