2

Zev Shechtman (Bar No. 266280)
*zev.shechtman@saul.com*
Mark Minuti (Admitted pro hac vice)
*mark.minuti@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Hronis, Inc. and affiliated Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

In re

HRONIS, INC., a California corporation, et al.,

Debtors in Possession

Affects:

☒ ALL DEBTORS

☐ HRONIS, INC., a California corporation

☐ HRONIS CAPITAL ASSETS, LP, a California limited partnership

☐ HRONIS CAPITAL MANAGEMENT, LLC, a California limited liability company

☐ HRONIS CITRUS, LLC, a California limited liability company

☐ HRONIS FARMING, LP, a California limited partnership

☐ HRONIS FRUIT COMPANY LLC, a California limited liability company

☐ HRONIS LAND COMPANY, a California general partnership

☐ HRONIS RANCH, LLC, a California limited liability company

☐ HRONIS RESOURCE MANAGEMENT, LLC, a California limited liability company

☐ THE HRONIS FAMILY LIMITED

Case No. 1:26-bk-10978
Adversary No. 26-ap-01017

Chapter 11

CAE-1

(Jointly Administered with Case Nos. 1:26-bk-10979, 1:26-bk-10980, 1:26-bk-10981, 1:26-bk-10982, 1:26-bk-10983, 1:26-bk-10984, 1:26-bk-10986, 1:26-bk-10987, and 1:26-bk-10988)

**NOTICE OF SERVICE RE INITIAL DISCLOSURES**



SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

| |
|---|
| PARTNERSHIP, a California limited partnership |

## NOTICE OF SERVICE

I, Zev Shechtman, hereby certify that, on June 11, 2026, a copy of *Defendant's Initial Disclosures* was served via U.S. Mail and E-Mail on the party below:

| | |
|---|---|
| ***E-Mail***<br>Joseph Boufadel<br>Salvato Boufadel LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Email: *Jboufadel@salvatoboufadel.com* | |

Dated: June 11, 2026

SAUL EWING LLP

By: */s/* Zev Shechtman
Zev Shechtman
Proposed Attorneys for Hronis, Inc. and affiliated Debtors and Debtors in Possession

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100