GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Plaintiff and Counter-Defendant DLP FUNDING, LLC

[Captioned Continued on Next Page]

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br>Debtors-in-Possession. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11 |
| DLP FUNDING LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>HRONIS, INC., a California corporation;<br>HRONIS FRUIT COMPANY LLC, a California limited liability company;<br>HRONIS RANCH, LLC, a California limited liability company;<br>HRONIS CITRUS, LLC, a California limited liability company; and<br>DOES 1 through 20, inclusive,<br>Defendants. | Adv. Proc. No. 1:26-ap-01017<br><br>DCN: SE-1<br><br>**Stipulation to Extend the Deadline for Counter-Defendant DLP Funding, LLC to File a Response to Defendants and Counterclaimants' Counterclaims dated June 5, 2026 [Dkt. No. 18]**<br><br>[No Hearing Required] |
| AND RELATED COUNTERCLAIMS. | |

Continuation of Caption:

SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Plaintiff and Counter-Defendant
DLP FUNDING, LLC

**STIPULATION TO EXTEND DEADLINE FOR COUNTER-DEFENDANT DLP FUNDING, LLC TO RESPOND TO COUNTERCLAIMS**

The above-named Plaintiff and Counter-Defendant, by and through their respective counsel, hereby stipulate to extend the deadline to July 10, 2026, for Counter-Defendant DLP Funding, LLC ("**DLP**") to respond to the Counterclaims [Dkt. No. 18] filed by Counterclaimants Hronis, Inc., a California corporation, Hronis Fruit Company LLC, a California limited liability company, Hronis Ranch, LLC, a California limited liability company, and Hronis Citrus, LLC, a California limited liability (collectively, the "**Counterclaimants**"), pursuant to Local Rule 7012-1 and as set forth below.

**RECITALS**

A. On June 5, 2026, Defendants and Counterclaimants filed their *Answers and Affirmative Defenses and Counterclaim Plaintiffs' Counterclaims in Response to Complaint to Determine Interest in Property of Pre-Petition Accounts and Related Relief* in the above-captioned adversary proceeding. [Dkt. No. 18].

B. As a result, the current deadline for Counter-Defendant DLP to file its responsive pleading to the Counterclaims is June 26, 2026.

C. At this time, the parties have agreed to extend the deadline to July 10, 2026, for Counter-Defendant DLP to respond to the Counterclaims. In accordance with Local Rule 7012-1, this extension is less than 30 days from the original time for Counter-Defendant to respond to the Counterclaims.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY AND AMONG THE PARTIES THAT:**

1. The foregoing Recitals are incorporated in full by this reference.

2. The deadline for Counter-Defendant DLP to respond to the Counterclaims is hereby extended to July 10, 2026. The Counterclaims are located in this adversary proceeding at Docket No. 8.

3. Pursuant to Local Rule 7012-1, since this is the first extension and the extension is less than thirty days, no separate order is needed.

4. The Stipulation may be executed in one or more separate counterparts, and signatures by e-mail shall be deemed as originals.

**SO STIPULATED AND AGREED.**

Date: June 12, 2026

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*

By: ______________________________
Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Plaintiff & Counter-Defendant
DLP FUNDING, LLC

-and-

SALVATO BOUFADEL LLP

*/s/ Joseph Boufadel*

By: ______________________________
Joseph Boufadel

Local Counsel for Plaintiff & Counter-Defendant
DLP FUNDING, LLC

Date: June 12, 2026

SAUL EWING LLP

*/s/ Zev Shechtman*

By: ______________________________
Zev Shechtman
Mark Minuti
Turner N. Falk

Attorneys for Counterclaimants and Defendants
HRONIS, INC., HRONIS FRUIT COMPANY LLC, HRONIS RANCH, LLC, & HRONIS CITRUS, LLC, Debtors in Possession