3

SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Plaintiff and Counter-Defendant
DLP FUNDING, LLC

[Captioned Continued on Next page]

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br><br>Debtors-in-Possession.<br><br>DLP FUNDING LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>HRONIS, INC., a California corporation; HRONIS FRUIT COMPANY LLC, a California limited liability company; HRONIS RANCH, LLC, a California limited liability company; HRONIS CITRUS, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 1:26-ap-01017<br><br>DCN: CAE-1<br><br>**Notice of Service of Plaintiff DLP Funding LLC's Initial Discovery Disclosures**<br><br>Continued Status Conference:<br>Date: July 15, 2026<br>Time: 11:00 a.m. PST<br>Place: Courtroom 13 (5th Floor)<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>Judge: Hon. René Lastreto II |

Continuation of Caption:

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Plaintiff and Counter-Defendant
DLP FUNDING, LLC

**NOTICE OF SERVICE**

I, Joseph Boufadel, certify that on June 11, 2026, I served copy of *Plaintiff DLP Funding, LLC's Initial Discovery Disclosures* via e-mail on counsel for Debtors and Defendants Hronis, Inc., a California corporation, Hronis Fruit Company LLC, a California limited liability company, Hronis Ranch, LLC, a California limited liability company, and Hronis Citrus, LLC, a California limited liability, as follows:

- Shechtman, Zev M. zev.shechtman@saul.com
- Minuti, Mark mark.minuti@saul.com
- Falk, Turner N. turner.falk@saul.com
- Hampton, Jeffrey C. jeffrey.hampton@saul.com
- Richmond, Hannah (Practice Assistant) hannah.richmond@saul.com

Date: July 12, 2026

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*

By: ______________________________

Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Plaintiff & Counter-Defendant
DLP FUNDING, LLC

-and-

SALVATO BOUFADEL LLP

*/s/ Joseph Boufadel*

By: ______________________________

Joseph Boufadel

Local Counsel for Plaintiff & Counter-Defendant
DLP FUNDING, LLC