**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Hronis, Inc.
**Adversary Title:** DLP Funding LLC v. Hronis, Inc. et al

**Case No.:** 26-10978 - B - 11
**Adv No.:** 26-01017

**Docket Control No.** CAE-1
**Date:** 07/15/2026
**Time:** 11:00 AM

**Matter:** Continued Status Conference Re: Complaint - [1] - (21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)) : Complaint 26-01017 by DLP Funding LLC against Hronis, Inc., Hronis Fruit Company LLC, Hronis Ranch, LLC, Hronis Citrus, LLC. (Fee Paid $350.00) (eFilingID: 7631569) (emas)Modified on 4/22/2026 (emas).

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Plaintiff's Attorney - Joseph Boufadel;
**Respondent(s):**
(by phone) Defendant's Attorney - Zev M. Shechtman;
(by zoom) Interested Party - Bernie Kornberg;

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 8/26/2026 at 11:00 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the status conference was continued to August 26, 2026, at 11:00 a.m.

The Plaintiff shall file and serve a status report on or before August 19, 2026.