Zev Shechtman (Bar No. 266280)
*zev.shechtman@saul.com*
Mark Minuti (Admitted pro hac vice)
*mark.minuti@saul.com*
Turner N. Falk (Admitted pro hac vice)
*turner.falk@saul.com*
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Hronis, Inc. and
affiliated Debtors and Debtors in Possession

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re<br><br>HRONIS, INC., a California corporation, et al.,<br><br>Debtors in Possession. | Case No. 1:26-bk-10978<br><br>Chapter 11<br><br>SE-1<br><br>(Jointly Administered with Case Nos. 1:26-bk-10979, 1:26-bk-10980, 1:26-bk-10981, 1:26-bk-10982, 1:26-bk-10983, 1:26-bk-10984, 1:26-bk-10986, 1:26-bk-10987, and 1:26-bk-10988)<br><br>Adv No. 1:26-ap-01017<br><br>**EXHIBITS IN SUPPORT OF DEBTOR DEFENDANTS' ANSWERS AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM PLAINTIFFS' AMENDED COUNTERCLAIMS IN RESPONSE TO COMPLAINT TO DETERMINE INTEREST IN PROPERTY OF PRE-PETITION ACCOUNTS AND RELATED RELIEF** |
| DLP FUNDING LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HRONIS, INC., a California corporation; HRONIS FRUIT COMPANY LLC, a California limited liability company; HRONIS RANCH, LLC, a California limited liability company; HRONIS CITRUS, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | |

**TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Hronis, Inc., a California corporation ("Hronis"), Hronis Fruit Company LLC, a California limited liability company ("Hronis Fruit"), Hronis Ranch, LLC, a California limited liability company ("Hronis Ranch") and Hronis Citrus, LLC, a California limited liability ("Hronis Citrus," together with Hronis, Hronis Fruit and Hronis Ranch, the "Debtor Defendants" or "Counterclaim Plaintiffs") hereby submit their *Exhibits in Support of Debtor Defendants' Answers And Affirmative Defenses And Counterclaim Plaintiffs' Amended Counterclaims In Response To Complaint To Determine Interest In Property Of Pre-Petition Accounts And Related Relief.*

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Conterra Financing Statement | 3-5 |
| 2 | DLP Financing Statement | 6-8 |
| 3 | Payover Notices | 9-21 |

DATED: July 29, 2026

SAUL EWING LLP

By: */s/ Zev Shechtman*
ZEV SHECHTMAN
Attorneys for Hronis, Inc. and affiliated Debtors and Debtors in Possession

# Exhibit 1

## Conterra Financing Statement

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

U240083964841

83155-1137 10/29/2024 2:58 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: U240083964841
Date Filed: 10/29/2024

Submitter Information:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| HRONIS CAPITAL ASSETS, LP | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS CAPITAL MANAGEMENT, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS CITRUS, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS FARMING, LP | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS, INC. | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS LAND COMPANY | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS RANCH, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| THE HRONIS FAMILY LIMITED PARTNERSHIP | 10443 HRONIS ROAD<br>DELANO, CA 93215 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| CONTERRA AGRICULTURAL CAPITAL, LLC | 5465 MILLS CIVIC PARKWAY<br>STE 201<br>WEST DES MOINES, IA 50266 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All Assets.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:

101398658

B3155-1138 10/29/2024 2:58 PM Received by California Secretary of State

**<u>Exhibit 2</u>**

**DLP Financing Statement**

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

U250213981733

84199-6744 11/26/2025 1:56 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U250213981733
Date Filed: 11/25/2025

Submitter Information:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| HRONIS FRUIT COMPANY | 10443 HRONIS ROAD<br>DELANO, CA 932159556 |
| HRONIS RANCH, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS CITRUS, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| CALIFORNIA GRAPE GROWERS COOPERATIVE | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| INTERNATIONAL FRUIT COMPANY, INC. | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| CENTRAL CALIFORNIA ORANGE GROWERS COOPERATIVE | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| SHAMROCK TRANSPORT, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS, INC., A CALIFORNIA CORPORATION | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| THE PETER HRONIS COMPANY LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| KOSTA JAMES HRONIS | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| PETER JOHN HRONIS | 10443 HRONIS ROAD<br>DELANO, CA 93215 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700, ATTN SPRS<br>GLENDALE, CA 91203 |

Indicate how documentation of Collateral is provided:

Entered as Text

Description:

Secured Party has purchased certain Future Receipts from Debtor. Future Receipts includes all payments received by Seller, or its right to receive such payments, in the ordinary course of Sellers business, including but not limited to accounts and payment intangibles. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from obtaining any financing that impairs the value of the Future Receipts or Secured Partys right to collect same. In the event

B4199-6745 11/26/2025 1:56 PM Received by California Secretary of State

| |
|---|
| that any entity is granted a security interest in the Future Receipts contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity. |
| Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:<br>Not Applicable |
| Select an alternate Financing Statement type: |
| Select an additional alternate Financing Statement type: |
| Select an alternative Debtor/Secured Party designation for this Financing Statement: |
| Optional Filer Reference Information:<br>106714785 |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# Exhibit 3

## Payover Notices

**CT Corporation**
**Service of Process Notification**
12/15/2025
CT Log Number 550867938

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in New York**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DLP Funding, LLC vs. HRONIS, INC |
| **DOCUMENT(S) SERVED:** | Letter, UCC Lien Notice, Attachment(s), Exhibit |
| **COURT/AGENCY:** | None Specified<br>Case # None Specified |
| **NATURE OF ACTION:** | Garnishments (Non Wage) - UCC Lien - Amount $3,948,760.77 |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 12/15/2025 postmarked on 12/09/2025 |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S)/SENDER(S):** | Jacob Weinstein<br>THE LAW OFFICE OF JACOB Z. WEINSTEIN PLLC<br>420 Central Avenue, Suite 301<br>Cedarhurst, NY 11516<br>646-450-3484 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/15/2025, Expected Purge Date: 12/20/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

P

US POSTAGE & FEES PAID IMI
PRIORITY MAIL
ZONE 1 FLAT-RATE ENVELOPE
Commercial

Stamps.com
063S0014950053
8482653
FROM 11516

12/09/2025

# USPS PRIORITY MAIL ®

Jacob Z. Weinstein, Esq
420 Central Ave Ste 301
Cedarhurst NY 11516-1000

SHIP TO:

WALMART INC.
c/o C T CORPORATION SYSTEM
28 Liberty St
NEW YORK NY 10005-1400

**USPS TRACKING #**

**9405 5112 0624 1868 5185 81**

THE
LAW OFFICE OF JACOB Z. WEINSTEIN
PLLC

December 8, 2025

Attention:

Please see the enclosed letter and supporting documents, requesting that a hold be placed on the following merchant's accounts receivable:

**HRONIS, INC,** HRONIS FRUIT COMPANY, HRONIS RANCH, LLC, HRONIS CITRUS, LLC, CALIFORNIA GRAPE GROWERS COOPERATIVE, INTERNATIONAL FRUIT COMPANY, INC., CENTRAL CALIFORNIA ORANGE GROWERS COOPERATIVE, SHAMROCK TRANSPORT, LLC, and THE PETER HRONIS COMPANY LLC
10443 Hronis Road
Delano, CA 93215

Sincerely,

Jacob Weinstein, Esq.
420 Central Avenue, Suite 301
Cedarhurst, NY 11516
(646) 450-3484
(646) 661-1772
Jacob@weinsteinllp.com

Attention: WALMART INC.
c/o C T CORPORATION SYSTEM
28 Liberty St
NEW YORK, NY 10005-1400

**UCC LIEN NOTICE**

Re: **HRONIS, INC**, et al.,
**EINs: 88-3191405 / 55-9398602 / 56-8336789**
**Balance due to DLP Funding, LLC: $** 3,948,760.77

Dear Sir/Madam

I represent DLP Funding, LLC ("DLP") in the above matter. This notice is being sent pursuant to UCC 9-406; you may have a balance owed to **HRONIS, INC**, et al., (the "Merchant"), located at 10443 Hronis Road Delano, CA 93215.

Pursuant to the enclosed Agreement, DLP purchased the Merchant's future accounts. The Agreement was structured so that DLP was to receive a percentage of all the Merchant's deposits. In accordance with the Agreement, DLP filed a UCC-1 financing statement with the Secretary of State of CA, thereby obtaining a perfected security interest in the Merchant's assets, including without limitation, the Merchant's accounts receivables. A copy of the UCC-1 is also enclosed herein for your reference.

It has come to DLP's attention that you may have a balance owed to the Merchant or have been holding funds for the Merchant. This notice is to inform you that by not forwarding said funds to DLP is a violation of the UCC-1 filing and security interest, and hereby interfering with the Agreement entered into by and between the Merchant and DLP.

Please direct all funds owed by you on behalf of the Merchant, or collected by you on behalf of the Merchant to this firm until the amount $3,948,760.77 accrues. The UCC-1 puts all parties on notice of DLP's rights to the Merchant's assets as a secured party.

Please contact me with any questions.

Jacob Weinstein, Esq.

Levi Cohen
Manager – DLP Funding, LLC

U250213981733

B4199-6744 11/26/2025 1:56 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: U250213981733
Date Filed: 11/25/2025

Submitter Information:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| HRONIS FRUIT COMPANY | 10443 HRONIS ROAD<br>DELANO, CA 932159556 |
| HRONIS RANCH, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS CITRUS, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| CALIFORNIA GRAPE GROWERS COOPERATIVE | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| INTERNATIONAL FRUIT COMPANY, INC. | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| CENTRAL CALIFORNIA ORANGE GROWERS COOPERATIVE | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| SHAMROCK TRANSPORT, LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| HRONIS, INC., A CALIFORNIA CORPORATION | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| THE PETER HRONIS COMPANY LLC | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| KOSTA JAMES HRONIS | 10443 HRONIS ROAD<br>DELANO, CA 93215 |
| PETER JOHN HRONIS | 10443 HRONIS ROAD<br>DELANO, CA 93215 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700, ATTN SPRS<br>GLENDALE, CA 91203 |

Indicate how documentation of Collateral is provided:

Entered as Text

Description:

Secured Party has purchased certain Future Receipts from Debtor. Future Receipts includes all payments received by Seller, or its right to receive such payments, in the ordinary course of Sellers business, including but not limited to accounts and payment intangibles. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from obtaining any financing that impairs the value of the Future Receipts or Secured Partys right to collect same. In the event

B4199-6745 11/26/2025 1:56 PM Received by California Secretary of State

| |
|---|
| that any entity is granted a security interest in the Future Receipts contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity. |
| Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:<br>Not Applicable |
| Select an alternate Financing Statement type: |
| Select an additional alternate Financing Statement type: |
| Select an alternative Debtor/Secured Party designation for this Financing Statement: |
| Optional Filer Reference Information:<br>106714785 |

DLP

FUNDING

DLP FUNDING LLC, 447 Broadway 2nd floor, Unit 805, New York, NY 10013, 877-378-0484



# MERCHANT AND SECURITY AGREEMENT

This Merchant and Security Agreement (hereinafter referred to as the "Agreement") is made as of 11/14/2025 between DLP FUNDING LLC ("DLP FUNDING") and the merchant listed below (the "Merchant").

**MERCHANT INFORMATION**

Merchant's Legal Name: HRONIS FRUIT COMPANY AND ENTITIES APPEARING ON EXHIBIT "B"

D/B/A: HRONIS FRUIT COMPANY State of Incorporation / Organization: CA

Type of entity: Limited Liability Company

Business Address: 10443 Hronis Road City: Delano State: CA Zip: 93215-9556

Mailing Address: 10443 Hronis Road City: Delano State: CA Zip: 93215-9556

Merchant Email: pete.hronis@hronis.net Merchant Phone: [redacted]

| Average Monthly Revenue | Purchase Price: | Purchased Amount: | Purchased Percent: |
|---|---|---|---|
| $20,955,667.00 | $13,453,570.20 | $19,507,676.79 | 19.25% |

**Payment Frequency: Daily Remittance: $191,251.74**

**PURCHASE AND SALE OF FUTURE RECEIVABLES**

Merchant hereby sells, assigns and transfers to DLP FUNDING (making DLP FUNDING the absolute owner) in consideration of the "Purchase Price" specified above, the Purchased Percentage of all of Merchant's Future Receipts, contract rights and other entitlements arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Future Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment deposited into Merchants Account(s)), for the payments to Merchant as a result of Merchant's sale of goods and/or services (the "Transactions") until the "Purchased Amount" has been delivered by or on behalf of Merchant to DLP FUNDING.

Merchant is selling a portion of a future revenue stream to DLP FUNDING at a discount, not borrowing money from DLP FUNDING, therefore there is no interest rate or payment schedule and no time period during which the Purchased Amount must be collected by DLP FUNDING.

The Remittance is a good faith estimate of Purchased Percentage multiplied by revenues of Merchant. Merchant going bankrupt or going out of business, or experiencing a slowdown in business, or a delay in collecting its receivables, in and of itself, does not constitute a breach of this Agreement.

DLP FUNDING is entering this Agreement knowing the risks that Merchant's business may slow down or fail, and DLP FUNDING assumes these risks based on Merchant's representations, warranties and covenants in this Agreement, which are designed to give DLP FUNDING a reasonable and fair opportunity to receive the benefit of its bargain. Merchant and Guarantor are only guaranteeing their performance of the terms of this Merchant and Security Agreement and are not guaranteeing the payment of the Purchased Amount. The initial Remittance shall be as described above. The Remittance is subject to adjustment as set forth in Paragraph 1.4 and Paragraph 1.5. DLP FUNDING will debit the Remittance each business day from only one depositing bank account, which account must be acceptable to and pre-approved by DLP FUNDING (the "Account"), into which Merchant and/or Merchant's customers shall remit the Future Receipts from each Transaction, until such time as DLP FUNDING receives payment in full of the Purchased Amount. Merchant hereby authorizes DLP FUNDING to ACH debit the initial Remittance from the Account on the agreed upon Payment Frequency. A daily basis means any day that is not a United States banking holiday. DLP FUNDING payment of the Purchase Price shall be deemed the acceptance and performance by DLP FUNDING of this Agreement. Merchant understands that it is responsible for ensuring that the initial Remittance to be debited by DLP FUNDING remains in the Account and will be held responsible for any fees incurred by DLP FUNDING resulting from a rejected ACH attempt or an Event of Default. DLP FUNDING is not responsible for any overdrafts or rejected transactions that may result from DLP FUNDING ACH debiting the agreed Remittance under the terms of this Agreement. Notwithstanding anything to the contrary in this Agreement or any other agreement between DLP FUNDING and Merchant, upon the occurrence of an Event of Default of the Merchant Agreement the Purchased Percentage shall equal 100%. A list of all fees applicable under this Agreement is contained in Appendix A and is incorporated by reference into this Agreement.

**THE MERCHANT AGREEMENT "TERMS AND CONDITIONS" AND THE "SECURITY AGREEMENT AND GUARANTY" HEREOF, ARE ALL HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.**

Merchant 1 Initial(s): PH Merchant 2 Initial(s): KJH Guarantor 1 Initial(s): PH Guarantor 2 Initial(s): KJH

DLP
FUNDING

DLP FUNDING LLC, 447 Broadway 2nd floor, Unit 805, New York, NY 10013, 877-378-0484



| | | | |
|---|---|---|---|
| **FOR THE MERCHANT(#1)** | By: | PETER JOHN HRONIS, Owner<br>(Print Name and Title) | PETE HRONIS<br>(Signature) |
| **FOR THE MERCHANT(#2)** | By: | KOSTA JAMES HRONIS, Owner<br>(Print Name and Title) | Kosta James Hronis<br>(Signature) |
| **BY OWNER (#1)** | By: | PETER JOHN HRONIS, Owner<br>(Print Name and Title) | PETE HRONIS<br>(Signature) |
| **BY OWNER (#2)** | By: | KOSTA JAMES HRONIS, Owner<br>(Print Name and Title) | Kosta James Hronis<br>(Signature) |

DLP FUNDING

DLP FUNDING LLC, 447 Broadway 2nd floor, Unit 805, New York, NY 10013, 877-378-0484



## SECURITY AGREEMENT AND GUARANTY

Merchant's Legal Name: HRONIS FRUIT COMPANY AND ENTITIES APPEARING ON EXHIBIT "B" Federal Tax ID: [redacted]

D/B/A: HRONIS FRUIT COMPANY

Business Address: 10443 Hronis Road City: Delano State: CA Zip: 93215-9556

**Additional Guarantor(s):**

ENTITIES APPEARING ON EXHIBIT B

## SECURITY AGREEMENT

**Security Interest**

This Agreement will constitute a security agreement under the Uniform Commercial Code. Merchant and Guarantor(s) grant(s) to DLP FUNDING a security interest in and lien upon all of their present and future: (a) accounts (the "Accounts Collateral"), accounts receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory, as those terms are each defined in Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Merchant and/or Guarantor(s); (b) all proceeds, as that term is defined in Article 9 of the UCC; (c) funds at any time in the Merchant's and/or Guarantor(s) Account, regardless of the source of such funds; (d) present and future Electronic Check Transactions; and (e) any amount which may be due to DLP FUNDING under this Agreement, including but not limited to all rights to receive any payments or credits under this Agreement (collectively, the "Secured Assets"). The security interest in Account Collateral shall be effective immediately. The Security interest in Secured Assets other than Accounts Collateral shall be effective automatically upon the occurrence of an Event of Default. Merchant agrees to provide other security to DLP FUNDING upon request to secure Merchant's obligations under this Agreement. Merchant agrees that, if at any time there are insufficient funds in Merchant's Account to cover DLP FUNDING's entitlements under this Agreement, DLP FUNDING is granted a further security interest in all of Merchant's assets of any kind whatsoever, and such assets shall then become Secured Assets. These security interests and liens will secure all of DLP FUNDING's entitlements under this Agreement and any other agreements now existing or later entered into between Merchant, DLP FUNDING or an affiliate of DLP FUNDING. DLP FUNDING is authorized to file any and all notices or filings it deems necessary or appropriate to enforce its entitlements hereunder. This security interest may be exercised by DLP FUNDING without notice or demand of any kind by making an immediate withdrawal or freezing the Secured Assets. DLP FUNDING shall have the right to notify account debtors at any time. Pursuant to Article 9 of the UCC, as amended from time to time, DLP FUNDING has control over and may direct the disposition of the Secured Assets, without further consent of Merchant. Merchant hereby represents and warrants that no other person or entity has a security interest in the Secured Assets. With respect to such security interests and liens, DLP FUNDING will have all rights afforded under the UCC, any other applicable law and in equity. Merchant will obtain from DLP FUNDING written consent prior to granting a security interest of any kind in the Secured Assets to a third party. Merchant and Guarantor(s) agree(s) that this is a contract of recoupment and DLP FUNDING is not required to file a motion for relief from a bankruptcy action automatic stay to realize on any of the Secured Assets. Nevertheless, Merchant and Guarantor(s) agree(s) not to contest or object to any motion for relief from the automatic stay filed by DLP FUNDING. Merchant and Guarantor(s) agree(s) to execute and deliver to DLP FUNDING such instruments and documents DLP FUNDING may reasonably request to perfect and confirm the lien, security interest and right of set-off set forth in this Agreement. DLP FUNDING is authorized to execute all such instruments and documents in Merchant's and Guarantor(s) name. Merchant and Guarantor(s) each acknowledge and agree that any security interest granted to DLP FUNDING under any other agreement between Merchant or Guarantor(s) and DLP FUNDING (the "Cross-Collateral") will secure the obligations hereunder and under the Merchant Agreement. Merchant and Guarantor(s) each agrees to execute any documents or take any action in connection with this Agreement as DLP FUNDING deems necessary to perfect or maintain DLP FUNDING's first priority security interest in the Collateral and the Additional Collateral, including the execution of any account control agreements. Merchant and Guarantor(s) each hereby authorizes DLP FUNDING to file any financing statements deemed necessary by DLP FUNDING to perfect or maintain DLP FUNDING's security interest. Merchant and Guarantor(s) shall be liable for, and DLP FUNDING may charge and collect, all costs and expenses, including but not limited to attorney fees, which may be incurred by DLP FUNDING in protecting, preserving and enforcing DLP FUNDING's security interest and rights.

In the event Merchant, any of its officers or directors or any Owner/Guarantor, during the term of this agreement or while Merchant remains liable to DLP FUNDING for any obligations under this agreement, directly or indirectly, including acting by, through or in conjunction with any other person, causes to be formed a new entity or otherwise becomes associated with any new or existing entity, whether corporate, partnership, limited liability company or otherwise, which operates a business similar to or competitive with that of Merchant, such entity shall be deemed to have expressly assumed the obligations due DLP FUNDING under this Agreement. With respect to any such entity, DLP FUNDING shall be deemed to have been granted an irrevocable power of attorney with authority to file, naming such newly formed or existing entity as debtor, an initial UCC financing Statement and to have it filed with any and all appropriate UCC filing offices. DLP FUNDING shall be held harmless by Merchant and each Owner/Guarantor and be relieved of any liability as a result of any such authentication and filing of any such Financing Statement or the resulting perfection of its ownership rights or security interests in such entity's assets. DLP FUNDING shall have the right to notify such entity's payors or account debtor (as defined by the UCC) of DLP FUNDING's rights, including without limitation, DLP FUNDING's right to collect all accounts, and to notify any payment card processor or creditor of such entity that DLP FUNDING has such rights in such entity's assets. Merchant also agrees that, at the DLP FUNDING's discretion, DLP FUNDING may choose to amend any existing financing statement to include any such newly formed entity as debtor.

**Negative Pledge**

Merchant and Guarantor(s) each agrees not to create, incur, assume, or permit to exist, directly or indirectly, any lien on or with respect to any of the Collateral or the Additional Collateral, as applicable.

**Remedies**

Upon any Event of Default, DLP FUNDING may pursue any remedy available at law (including those available under the provisions of the UCC), or in equity to collect, enforce, or satisfy any obligations then owing to DLP FUNDING, whether by acceleration or otherwise.

Merchant 1 Initial(s): PH Merchant 2 Initial(s): KJH Guarantor 1 Initial(s): PH Guarantor 2 Initial(s): KJH

DLP FUNDING

DLP FUNDING LLC, 447 Broadway 2nd floor, Unit 805, New York, NY 10013, 877-378-0484



**GUARANTY OF PERFORMANCE**

THE TERMS, DEFINITIONS, CONDITIONS AND INFORMATION SET FORTH IN THE "MERCHANT AGREEMENT", INCLUDING THE "TERMS AND CONDITIONS", ARE HEREBY INCORPORATED IN AND MADE A PART OF THIS SECURITY AGREEMENT AND GUARANTY. CAPITALIZED TERMS NOT DEFINED IN THIS SECURITY AGREEMENT AND GUARANTY, SHALL HAVE THE MEANING SET FORTH IN THE MERCHANT AGREEMENT, INCLUDING THE TERMS AND CONDITIONS.

As an additional inducement for DLP FUNDING to enter into this Agreement, the undersigned Guarantor(s) hereby provides DLP FUNDING with this Guaranty. Guarantor(s) will not be personally liable for any amount due under this Agreement unless Merchant commits an Event of Default pursuant to Paragraph 3.1 of this Agreement. Each Guarantor shall be jointly and severally liable for all amounts owed to DLP FUNDING in the Event of Default. Guarantor(s) guarantee Merchant's good faith, truthfulness and performance of all of the representations, warranties, and covenants made by Merchant in this Agreement as each may be renewed, amended, extended or otherwise modified (the "Guaranteed Obligations"). Guarantor's obligations are due at the time of any breach by Merchant of any representation, warranty, or covenant made by Merchant in the Agreement.

Guarantor Waivers. In the event of a breach of the above, DLP FUNDING may seek recovery from Guarantors for all of DLP FUNDING's losses and damages by enforcement of DLP FUNDING's rights under this Agreement without first seeking to obtain payment from Merchant, any other guarantor, or any Collateral or Additional Collateral DLP FUNDING may hold pursuant to this Agreement or any other guaranty. DLP FUNDING does not have to notify Guarantor of any of the following events and Guarantor will not be released from its obligations under this Agreement if it is not notified of: (i) Merchant's failure to pay timely any amount required under the Merchant Agreement; (ii) any adverse change in Merchant's financial condition or business; (iii) any sale or other disposition of any collateral securing the Guaranteed Obligations or any other guaranty of the Guaranteed Obligations; (iv) DLP FUNDING's acceptance of this Agreement; and (v) any renewal, extension or other modification of the Merchant Agreement or Merchant's other obligations to DLP FUNDING. In addition, DLP FUNDING may take any of the following actions without releasing Guarantor from any of its obligations under this Agreement: (i) renew, extend or otherwise modify the Merchant Agreement or Merchant's other obligations to DLP FUNDING; (ii) release Merchant from its obligations to DLP FUNDING; (iii) sell, release, impair, waive or otherwise fail to realize upon any collateral securing the Guaranteed Obligations or any other guaranty of the Guaranteed Obligations; and (iv) foreclose on any collateral securing the Guaranteed Obligations or any other guaranty of the Guaranteed Obligations in a manner that impairs or precludes the right of Guarantor to obtain reimbursement for payment under this Agreement. Until the Purchased Amount and Merchant's other obligations to DLP FUNDING under the Merchant Agreement and this Agreement are paid in full, Guarantor shall not seek reimbursement from Merchant or any other guarantor for any amounts paid by it under this Agreement. Guarantor permanently waives and shall not seek to exercise any of the following rights that it may have against Merchant, any other guarantor, or any collateral provided by Merchant or any other guarantor, for any amounts paid by it, or acts performed by it, under this Agreement: (i) subrogation; (ii) reimbursement; (iii) performance; (iv) indemnification; or (v) contribution.

Guarantor Acknowledgement. Guarantor acknowledges that: (i) He/She is bound by the Class Action Waiver provision in the Merchant Agreement Terms and Conditions; (ii) He/She understands the seriousness of the provisions of this Agreement; (ii) He/She has had a full opportunity to consult with counsel of his/her choice; (iv) He/She has consulted with counsel of its choice or has decided not to avail himself/herself of that opportunity; and (v) He/She specifically and irrevocably consents to the terms of Section 4.06 of the Merchant and Security Agreement, namely the section entitled 4.06 Service of Process by Mail and/or Email

Merchant 1 Initial(s): PH Merchant 2 Initial(s): KJH Guarantor 1 Initial(s): PH Guarantor 2 Initial(s): KJH

DLP FUNDING

DLP FUNDING LLC, 447 Broadway 2nd floor, Unit 805, New York, NY 10013, 877-378-0484



**FOR THE MERCHANT (#1)**

**PETER JOHN HRONIS, Owner**
By:____________________ ____________________ (Signature)
(Print Name and Title)
SSN# [redacted]

Driver's License: [redacted]

**FOR THE MERCHANT (#2)**

**KOSTA JAMES HRONIS, Owner**
By:____________________ ____________________ (Signature)
(Print Name and Title)
SSN# [redacted]

Driver's [redacted]

**BY OWNER (#1)**

**PETER JOHN HRONIS, Owner**
By:____________________ ____________________ (Signature)
(Print Name and Title)
SSN# [redacted]

Driver's License: [redacted]

**BY OWNER (#2)**

**KOSTA JAMES HRONIS, Owner**
By:____________________ ____________________ (Signature)
(Print Name and Title)
SSN# [redacted]

Driver's License [redacted]

**FOR THE GUARANTOR(S) (#1)**

**PETER JOHN HRONIS, Owner**
By:____________________ ____________________ (Signature)
(Print Name and Title)
SSN# [redacted]
E-Mail: pete.hronis@hronis.net
Address: 10443 Hronis Road, Delano, CA 93215

Driver's License [redacted]

**FOR THE GUARANTOR(S) (#2)**

**KOSTA JAMES HRONIS, Owner**
By:____________________ ____________________ (Signature)
(Print Name and Title)
SSN# [redacted]
E-Mail: kosta.hronis@hronis.net
Address: 10443 Hronis Road, Delano, CA 93215

Driver's License [redacted]

DLP FUNDING LLC 447 Broadway 2nd floor, Unit 805, New York, NY 10013, 877-378-0484

# EXHIBIT B

LIST OF ADDITIONAL ENTITIES INCLUDED IN THE DEFINITION OF THE TERM "MERCHANT" THAT HAVE SOLD FUTURE RECEIPTS AND DLP FUNDING LLC A BLANKET SECURITY INTEREST

BUSINESS LEGAL NAME: HRONIS RANCH, LLC
ADDRESS: 10443 Hronis Road Delano, CA, 93215
FEIN:
BUSINESS LEGAL NAME: HRONIS CITRUS, LLC
ADDRESS: 10443 Hronis Road Delano, CA, 93215
FEIN:
BUSINESS LEGAL NAME: CALIFORNIA GRAPE GROWERS COOPERATIVE
ADDRESS: 10443 Hronis Road Delano, CA, 93215
FEIN:
BUSINESS LEGAL NAME: INTERNATIONAL FRUIT COMPANY, INC.
ADDRESS: 10443 Hronis Road Delano, CA, 93215
FEIN:
BUSINESS LEGAL NAME: CENTRAL CALIFORNIA ORANGE GROWERS COOPERATIVE
ADDRESS: 10443 Hronis Road Delano, CA, 93215
FEIN:
BUSINESS LEGAL NAME: SHAMROCK TRANSPORT, LLC
ADDRESS: 10443 Hronis Road Delano, CA, 93215
FEIN:
BUSINESS LEGAL NAME: HRONIS, INC., A CALIFORNIA CORPORATION
ADDRESS: 10443 Hronis Road Delano, CA, 93215
FEIN:
BUSINESS LEGAL NAME: THE PETER HRONIS COMPANY LLC
ADDRESS: 10443 Hronis Road Delano, CA, 93215
FEIN:

DLP FUNDING may file a UCC-1 financing statement with the appropriate secretary of states(s) reflecting a blanket security interest in the assets of the above-listed entities.

ACKNOWLEDGED AND AGREED ON BEHALF OF THE FORGOING ENTITIES:

PETE HRONIS
Signature: ______________________
Name: PETER JOHN HRONIS
Date: 11/14/2025

Kosta James Hronis
Signature: ______________________
Name: KOSTA JAMES HRONIS
Date: 11/14/2025