GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Plaintiff and Counter-Defendant
DLP FUNDING, LLC

[Captioned Continued on Next Page]

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br>Debtors-in-Possession. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11 |
| DLP FUNDING LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>HRONIS, INC., a California corporation;<br>HRONIS FRUIT COMPANY LLC, a California limited liability company;<br>HRONIS RANCH, LLC, a California limited liability company;<br>HRONIS CITRUS, LLC, a California limited liability company; and<br>DOES 1 through 20, inclusive,<br>Defendants. | Adv. Proc. No. 1:26-ap-01017<br><br>DCN: SE-1<br><br>**Stipulation to Extend the Deadline for Counter-Defendant DLP Funding, LLC to File a Response to Defendants and Counterclaimants' Amended Counterclaims dated July 29, 2026 [Adv. Dkt. No. 41]**<br><br>[No Hearing Required] |
| AND RELATED COUNTERCLAIMS. | |

Continuation of Caption:

SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Plaintiff and Counter-Defendant
DLP FUNDING, LLC

**STIPULATION TO EXTEND DEADLINE FOR COUNTER-DEFENDANT DLP FUNDING, LLC TO RESPOND TO AMENDED COUNTERCLAIMS**

The above-named Plaintiff and Counter-Defendant and the Defendants and Counterclaimants, by and through their respective counsel, hereby stipulate to extend the deadline to August 26, 2026, for Counter-Defendant DLP Funding, LLC ("**DLP**") to respond to the Amended Counterclaims [Adv. Dkt. No. 30] filed by Counterclaimants Hronis, Inc., a California corporation, Hronis Fruit Company LLC, a California limited liability company, Hronis Ranch, LLC, a California limited liability company, and Hronis Citrus, LLC, a California limited liability (collectively, "**Counterclaimants**"), pursuant to Local Rule 7012-1 and as set forth below.

**RECITALS**

A. On June 5, 2026, Defendants and Counterclaimants filed their *Answers and Affirmative Defenses and Counterclaim Plaintiffs' Counterclaims in Response to Complaint to Determine Interest in Property of Pre-Petition Accounts and Related Relief* in the above-captioned adversary proceeding. [Adv. Dkt. No. 18].

B. On July 9, 2026, Counter-Defendant DLP filed its *Motion to Dismiss Defendants and Counter-Claimants' Counterclaim [Dkt. Nos. 18-19].* The hearing on the Motion to Dismiss was set for August 26, 2026. [Adv. Dkt. Nos. 30 to 33].

C. On July 29, 2026, Counterclaimants filed their *Answers and Affirmative Defenses and Counterclaim Plaintiffs' Amended Counterclaims in Response to Complaint to Determine Interest in Property of Pre-Petition Accounts and Related Relief* in this proceeding (the "**Amended Counterclaims**"). [Adv. Dkt. No. 41].

D. Consequently, the parties believe the hearing on the Motion to Dismiss set for August 26 is now moot.

E. The current deadline for Counter-Defendant DLP to file its responsive pleading to the Amended Counterclaims is August 12, 2026.

F. At this time, the parties have conferred and agree to extend the deadline to August 26, 2026, for Counter-Defendant DLP to respond to the Amended Counterclaims.

In accordance with Local Rule 7012-1, this extension is less than 30 days from the original time for Counter-Defendant DLP to respond to the Amended Counterclaims.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY AND AMONG THE PARTIES THAT:**

1. The foregoing Recitals are incorporated in full by this reference.

2. The deadline for Counter-Defendant DLP to respond to the Amended Counterclaims is hereby extended to August 26, 2026. The Amended Counterclaims are located in this adversary proceeding at Docket No. 41.

3. Pursuant to Local Rule 7012-1, since this is the first extension as to the Amended Counterclaims and the extension is less than thirty days, no separate order is needed.

4. The Stipulation may be executed in one or more separate counterparts, and signatures by e-mail shall be deemed as originals.

**SO STIPULATED AND AGREED.**

Date: August 3, 2026

KAMINSKI LAW, PLLC

*/s/ Shanna Kaminski*

By: ________________________________
Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Plaintiff & Counter-Defendant
DLP FUNDING, LLC

-and-

SALVATO BOUFADEL LLP

*/s/ Joseph Boufadel*

By: ________________________________
Joseph Boufadel

Local Counsel for Plaintiff & Counter-Defendant
DLP FUNDING, LLC

Date: August 3, 2026

SAUL EWING LLP

*/s/ Mark Minuti*

By: ______________________________

Zev Shechtman
Mark Minuti
Turner N. Falk

Attorneys for Counterclaimants and Defendants HRONIS, INC., HRONIS FRUIT COMPANY LLC, HRONIS RANCH, LLC, & HRONIS CITRUS, LLC, Debtors in Possession