4

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Plaintiff & Counter-Defendant
DLP FUNDING LLC

[Captioned Continued on Next page]

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br>Debtors-in-Possession. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 1:26-ap-01017 |
| DLP FUNDING LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>HRONIS, INC., a California corporation; HRONIS FRUIT COMPANY LLC, a California limited liability company; HRONIS RANCH, LLC, a California limited liability company; HRONIS CITRUS, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | DCN: CAE-1<br><br>**Plaintiff and Counter-Defendant DLP Funding LLC's Status Report**<br><br>**[Per Court Order at Dkt. No. 38]**<br><br><u>Status Conference</u>:<br>Date: August 26, 2026<br>Time: 11:00 a.m. PST<br>Place: Courtroom 13 (5th Floor)<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>Judge: Hon. René Lastreto II |
| AND RELATED COUNTERCLAIMS. | |

Continuation of Caption:

SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Plaintiff
DLP FUNDING LLC

**<u>PLAINTIFF DLP FUNDING LLC'S STATUS REPORT</u>**

Plaintiff and Counter-Defendant DLP Funding LLC ("**Plaintiff**" or "**DLP**"), through counsel, submits the within status report for the August 26, 2026, status conference, as required by the Court's Order at Dkt. No. 38, and provides as follow:

**A. Relevant Procedural Background.**

1. On April 21, 2026, DLP commenced the above-captioned adversary proceeding against the Defendants.

2. On June 5, 2026, Defendants filed their answer and counterclaims against DLP. (Dkt. No. 18).

3. On July 9, 2026, DLP filed a motion to dismiss the counterclaims (Dkt. Nos. 30 to 33) based on the extended deadline to respond (Dkt. No. 24). The motion to dismiss was set for hearing on August 26, 2026.

4. On July 29, 2026—in lieu of opposing the motion to dismiss—the Defendants filed an amended answer and amended counterclaims. (Dkt. No. 41).

5. On August 3, 2026, the parties stipulated to extend the deadline for DLP to respond to the amended counterclaims to August 26. (Dkt. No. 44). The parties believe that Defendants' amended counterclaims also moot DLP's motion to dismiss scheduled for hearing on August 26.

6. Therefore, two items remain pending for August 26, 2026: (1) the continued status conference in this proceeding, and (2) the deadline for DLP to respond to the Defendants' amended counterclaims.

**B. Status of Discovery in this Proceeding.**

7. On June 11, 2026, the parties timely exchanged Initial Discovery Disclosures. (Dkt. Nos. 21 & 34).

8. The parties have propounded and responded to the respective first sets of written discovery. DLP anticipates conducting a meet and confer with respect to certain discovery responses and production, as necessary, in the near future.

9. Based on the prior discussions of counsel, DLP anticipates that the matter will be resolved either by settlement or conclusion of trial based on the legal issues and analysis required to determine if the transaction constituted a true sale. Defendants anticipate that the legal issues are subject to a summary judgment or a summary adjudication motion. Further written discovery and depositions may be required.

**C. Status of Consolidation of the Two Pending Adversary Proceedings.**

10. At this time, while the parties have been in communication regarding consolidation, a stipulation has not yet been reached as to the deadlines, scheduling order, and potential consolidation of this proceeding with *Conterra Agricultural Capital, LLC v. DLP Funding LLC,* Adv. Proc. No. 1:26-ap-01025.

Date: August 19, 2026

KAMINSKI LAW, PLLC

*/s/ Shanna Kaminski*

By: ______________________________
Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Plaintiff & Counter-Defendant
DLP FUNDING LLC

-and-

SALVATO BOUFADEL LLP

*/s/ Joseph Boufadel*

By: ______________________________
Joseph Boufadel

Local Counsel for Plaintiff & Counter-Defendant
DLP FUNDING LLC