**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Hronis, Inc.
**Adversary Title:** DLP Funding LLC v. Hronis, Inc. et al

**Case No.:** 26-10978 - B - 11
**Adv No.:** 26-01017

**Docket Control No.** SB-1
**Date:** 08/26/2026
**Time:** 11:00 AM

**Matter:** [30] - Motion/Application to Dismiss Defendants and Counter-Claimants Counterclaim [Dkt. Nos. 18-19] [SB-1] Filed by Plaintiff DLP Funding LLC (dpas)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Denied as moot, Resolved without Oral Argument

The court will issue an order.

This matter comes before the court on the motion of plaintiff and counter-defendant DLP Funding LLC ("DLP") to dismiss the counterclaims brought against it by the Defendants Hronis, Inc. and related entities ("Defendants"). Doc. #30.

On July 29, 2026, the Defendants filed an Amended Answer and Amended Counter-claims. Doc. #41. On August 19, 2026, the parties submitted a Joint Status Report (Doc. #46) which stated *inter alia*, that they all agreed that the filing of the Amended Counterclaims rendered this Motion to Dismiss moot. Doc. #46.

The court agrees. This Motion to Dismiss was DENIED as moot.