**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Hronis, Inc.,<br>Debtor. | Case No.: 26-10978 - B - 11<br>Adv No.: 26-01017<br>Docket Control No.: SB-1<br>Document No.: 30 |
| DLP Funding LLC,<br>Plaintiff,<br>v.<br>Hronis, Inc. et al.,<br>Defendants. | Date: 08/26/2026<br>Time: 11:00 AM<br>Dept: B |

**Order**

For the reasons set forth in the court's minutes, docket number 49,

IT IS ORDERED that the Motion to Dismiss Defendants and Counter-Claimants Counterclaim Dkt. Nos. 18-19, is DENIED AS MOOT.

**Dated:** Aug 31, 2026

**By the Court**

René Lastreto II

**René Lastreto II, Judge**
**United States Bankruptcy Court**

[30] - Motion/Application to Dismiss Defendants and Counter-Claimants Counterclaim [Dkt. Nos. 18-19] [SB-1] Filed by Plaintiff DLP Funding LLC (dpas)