UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Hronis, Inc.,<br>Debtor. | ) Case No.: 26-10978 - B - 11<br>) Adv No.: 26-01017<br>) Docket Control No.: CAE-1<br>) Document No.: 1 |
| DLP Funding LLC,<br>Plaintiff,<br>v.<br>Hronis, Inc. et al.,<br>Defendants. | ) Date: 08/26/2026<br>) Time: 11:00 AM<br>) Dept: B |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the status conference is CONTINUED to October 28, 2026, at 11:00 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that DLP Funding LLC, has through September 30, 2026, to file a responsive motion.

IT IS FURTHER ORDERED that the Creditors Committee/Liquidating Trustee, has 21 days from the date the confirmed plan is effective to file a complaint in intervention.

**Dated:** Aug 31, 2026

**By the Court**

René Lastreto II

**René Lastreto II, Judge**
**United States Bankruptcy Court**

Continued Status Conference Re: Complaint - [1] - (21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)) : Complaint 26-01017 by DLP Funding LLC against Hronis, Inc., Hronis Fruit Company LLC, Hronis Ranch, LLC, Hronis Citrus, LLC. (Fee Paid $350.00) (eFilingID: 7631569) (emas)Modified on 4/22/2026 (emas).

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Hronis, Inc.
10443 Hronis Road
Delano CA 93215

Joseph Boufadel
355 South Grand Avenue
Suite 2450
Los Angeles CA 90071-9500

Zev M. Shechtman
1888 Century Park East
Suite 1500
Los Angeles CA 90067

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Bernard J. Kornberg
340 Golden Shores
Ste 450
Long Beach CA 90802

Mark S Melickian
30 North LaSalle St #3100
Chicago IL 60602

Shanna M. Kaminski
Kaminski Law, PLLC
PO Box 247
Grass Lake MI 49240