5

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Plaintiff and Counter-Defendant
DLP FUNDING LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br>Debtors-in-Possession. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 1:26-ap-01017 |
| DLP FUNDING LLC, a New York limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>HRONIS, INC., a California corporation;<br>HRONIS FRUIT COMPANY LLC, a California limited liability company;<br>HRONIS RANCH, LLC, a California limited liability company;<br>HRONIS CITRUS, LLC, a California limited liability company; and<br>DOES 1 through 20, inclusive,<br>Defendants. | DCN: SB-2<br><br>**Notice of Motion and Hearing on Plaintiff and Counter-Defendant DLP Funding, LLC's Motion to Dismiss Defendants and Counter-Claimants' Amended Counterclaims [Dkt. No. 41]**<br><br><u>Hearing Date</u>:<br>Date: October 28, 2026<br>Time: 11:00 a.m. PST<br>Place: Courtroom 13 (5th Floor)<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>Judge: Hon. René Lastreto II |
| AND RELATED COUNTERCLAIMS. | |

Continuation of Caption:

SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Plaintiff and Counter-Defendant
DLP FUNDING LLC

**TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE, DEFENDANTS AND COUNTER-CLAIMANTS AND THEIR COUNSEL OF RECORD, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that Plaintiff and Counter-Defendant DLP Funding, LLC's ("**DLP**" or "**Plaintiff**") hereby gives notice of the Motion and hearing on *Plaintiff and Counter-Defendant DLP Funding, LLC's Motion to Dismiss Defendants and Counter-Claimants' Amended Counterclaims [Dkt. No. 41]* (the "**Motion**") to be held at the above-captioned date, time and place.

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks entry of an order dismissing the counterclaims for relief in Defendants and Counter-Claimants Hronis, Inc. *et al.'s* Amended Counterclaims pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1, any opposition to the relief sought in this this Motion must be in writing and must be filed with the Clerk of the above-entitled Court not less than fourteen (14) calendar days preceding the noticed date of hearing, and must be served upon the undersigned counsel for DLP:

Joseph Boufadel
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Jboufadel@salvatoboufadel.com

Shanna M. Kaminski
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
skaminski@kaminskilawpllc.com

**PLEASE TAKE FURTHER NOTICE** that the failure to file a written opposition to the Motion may result in the Motion being resolved without oral argument and the striking of an untimely written opposition.

**PLEASE TAKE FURTHER NOTICE** that respondent's opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Fed. R. Civ. P. 43(c) as made applicable by Fed. R. Bankr. P.

9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to Fed. R. Civ. P. 43(c).

**PLEASE TAKE FURTHER NOTICE** that Respondent can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**PLEASE TAKE FURTHER NOTICE THAT** parties who wish to appear at the hearing via ZoomGov may find instructions for doing so at: https://www.caeb.uscourts.gov/Calendar/CourtAppearances. Parties who wish to appear via ZoomGov must sign up for remote appearances no later than 4:00 p.m. the day before the hearing. Additional information regarding appearance instructions is located on the Court's webpage at https://www.caeb.uscourts.gov/Judges/Lastreto.

Date: September 30, 2026

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*

By: ______________________________

Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Plaintiff & Counter-Defendant
DLP FUNDING LLC

-and-

SALVATO BOUFADEL LLP

*/s/ Joseph Boufadel*

By: ______________________________

Joseph Boufadel

Local Counsel for Plaintiff & Counter-Defendant
DLP FUNDING LLC