**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Hronis, Inc.
**Adversary Title:** DLP Funding LLC v. Hronis, Inc. et al

**Case No.:** 26-10978 - B - 11
**Adv No.:** 26-01017

**Docket Control No.** CAE-1
**Date:** 10/28/2026
**Time:** 11:00 AM

**Matter:** Continued Status Conference Re: Complaint - [1] - (21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)) : Complaint 26-01017 by DLP Funding LLC against Hronis, Inc., Hronis Fruit Company LLC, Hronis Ranch, LLC, Hronis Citrus, LLC. (Fee Paid $350.00) (eFilingID: 7631569) (emas)Modified on 4/22/2026 (emas).

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Plaintiff's Attorney - Joseph Boufadel
(by zoom) Plaintiff's Attorney – Shanna Kaminski;
**Respondent(s):**
(by zoom) Creditor’s Attorney - Mark Melickian;
(by zoom) Defendant’s Attorney – Bernie Kornkerg;

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 1/6/2027 at 11:00 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the status conference was continued to January 6, 2027, at 11:00 a.m.

DLP Funding LLC., shall file and serve a status report on or before December 30, 2026. Any other party can join or file a separate status report.