**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Hronis, Inc.,<br>Debtor. | Case No.: 26-10978 - B - 11<br>Adv No.: 26-01017<br>Docket Control No.: SB-2<br>Document No.: 56 |
| DLP Funding LLC,<br>Plaintiff,<br>v.<br>Hronis, Inc. et al.,<br>Defendants. | Date: 10/28/2026<br>Time: 11:00 AM<br>Dept: B |

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 68,

IT IS ORDERED that the motion to dismiss defendant's and counter-claimants' amended counterclaims is DENIED.

IT IS FURTHER ORDERED that DLP Funding shall have 21 days from date of entry of order denying motion to dismiss to file an answer to amended counter claim.

**Dated:** Nov 02, 2026

**By the Court**

René Lastreto II

**René Lastreto II, Judge**
**United States Bankruptcy Court**

[56] - Motion/Application to Dismiss Defendants and Counter-Claimants Amended Counterclaims [SB-2] Filed by Plaintiff DLP Funding LLC, Counter-Defendant DLP Funding LLC (mpes)